In re the GEORGIA WORKMEN'S COMPENSATION ACT.

In section 59 of the act known as the Georgia Workmen's Compensation Act, approved August 17, 1920 (Ga. L. 1920, p. 200), it is provided that "The Court of Appeals of Georgia shall, within thirty days after this act takes effect, prescribe such rules of procedure, not inconsistent with the above and foregoing, as may be necessary or proper to fix the details of the form and manner of such appeal." The act, except as prescribed in section 50, became effective on March 1st, 1921. As the jurisdiction of the Court of Appeals, under the constitution of this State, is restricted to the correction of errors of law in certain trial courts named in the constitution, we are in some doubt as to whether this court has authority to prescribe the rules of procedure in appeals from any final award or judgment of "The Industrial Commission," as provided in the act. However, construing the act as imposing duties not judicial in their nature upon the Judges of the Court of Appeals, we cheerfully comply with the provision of the act requiring us to "prescribe such rules of procedure . . . as may be necessary or proper to fix the details of the form and manner of such appeal." And as it is our opinion (which opinion is concurred in by the chairman of the commission and the attorney-general of the State, who is also a member of the commission) that the act itself, in section 55 thereof, prescribes all necessary rules of procedure in appeals to the superior court from any final award or judgment of the commission, we simply adopt those rules and hereby prescribe them as the ones to be followed in such appeals.

*All the Judges concur, except Luke, J., absent.*
MARCH 24, 1921.

---

APPLICATIONS TO THE SUPREME COURT OF GEORGIA FOR CERTIORARI IN CASES HEREINBEFORE REPORTED.

GRANTED.

Bailey *v.* American Railway Express Company, 364.
Duncan *v.* Swift & Company, 820.
Reed Oil Company *v.* Smith, 470.
Terry Shipbuilding Corporation *v.* Griffian, 396.

DENIED.

Anderson *v.* Anderson, 513.
Anderson *v.* Holden, 331.
Bank of Lumpkin *v.* Peoples Bank of Athens, 459.
Bartlett *v.* State, 7.
Barwick *v.* American Manufacturing Company, 275.
Brandt *v.* Buckley, 515.
Caswell *v.* State, 76, 78.
Central of Georgia Railway Company *v.* Durden, 751.
Chatham Ice Cream Company *v.* Sakakeeny, 409.
City of Albany *v.* Tift, 572.
City of Macon *v.* Hawes, 379.